UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  CASE NO(S).: 98-58275

STORMEDIA INCORPORATED

Debtor(s)  ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 USC Section 2042, and in good cause appearing therefore, it is hereby ORDERED that the amount of $ 1,326.77, constituting an unclaimed dividend, be paid to Akberet A. Woldemichael.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividend to the order of:

Akberet A. Woldemichael
c/o The Finders Group
P.O. Box 940447
Simi Valley, CA 93094

Dated: 9/22/05

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                              CASE NO(S): 98-58275 ASW

STORMEDIA INCORPORATED

                    Debtor(s),

**MOTION FOR RELEASE OF UNCLAIMED FUNDS**

There having been a dividend check in the amount of $ 1,326.77 issued in the above case to creditor AKBERET A. WOLDEMICHAEL and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed dividend to the Clerk, U.S. Bankruptcy Court. These funds are currently being held in the Court's registry account of unclaimed funds.

The dividend check was not received by the creditor because the creditor moved and the check could not be forwarded.

Motion is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $ 1,326.77 to Akberet A. Woldemichael, c/o The Finders Group.

Dated: 10/17/04

Respectfully submitted,

by [signature]
David A. Melone
The Finders Group
P.O. Box 940447
Simi Valley, CA 93094
(805) 520-3431
( Locator )

STORMEDIA INC
SUSAN UECKER, ESTATE REPRESENTATIVE
CASE 98-58275 ASW


FILED
OCT 0 5 2004
United S...
San J...

## UNCLAIMED CHECKS

| Claimant | Address | City ST ZIP | Amount |
|---|---|---|---|
| **Uncashed checks from Akashic Memories Corporation Case 98-58278-ASW:** | | | |
| Amerigas | 295 E Virginia St | San Jose, CA 95112-3954 | 39.04 |
| Associated Fee Adj | 145 Town and Country Dr #107 | Danville, CA 94526 | 1,487.59 |
| AT & T - KC | PO Box 27-820 | Kansas City, MO 64184-0820 | 10.34 |
| BT Office Products Int'l | Dept 44758 P O Box 44000 | San Francisco, CA 94144-4758 | 428.40 |
| Court Thomas Co Inc | 5482 Arrow Hwy P O Box 2339 | Montclair, CA 91763 | 1,006.02 |
| Digital Equipment Corp | Duns No. 15-779-7572 Dept 63208 | Los Angeles, CA 90088 | 2,996.25 |
| Environmental Care Inc | 24121 Ventura Blvd | Calabassas, CA 91302 | 1,419.06 |
| Glenn Stewart | 7074 Via Ramada | San Jose, CA 95139 | 474.68 |
| Integral Solutions Inc | 2471 Autumnvale Dr Ste G | San Jose, CA 95131 | 952.58 |
| Nelcom | Dept 05035 P O Box 39000 | San Francisco, CA 94139-5035 | 598.67 |
| Nexstar Corp | PO Box 25352 | Santa Ana, CA 92799 | 46,392.54 |
| O'Brian Management Group | 5981 Countess Dr. | San Jose, CA 95129 | 8.14 |
| Pacific Pacific Int'l Inc | 2340 Bert Drive | Hollister, CA 95023 | 1,246.27 |
| Praxair Dist Inc | PO Box 5161 | San Ramon, CA 94583 | 302.48 |
| Pressure Vessel Service Inc | Dept #44313 P O Box 44000 | San Francisco, CA 94144-4313 | 4,988.02 |
| Proshred Security | Regional Processing Cntr P O Box 100458 | Pasadena, CA 91189-0458 | 458.98 |
| U S Sprint | PO Box 52243 | Phoenix, AZ 85072-2243 | 3.53 |
| Surface Scientific Labs Inc | 625 B Clyde Ave | Mountain View, CA 94043 | 299.34 |
| Unmanned Solutions Inc | 940 Auburn Ct | Fremont, CA 94538 | 352.45 |
| US Customs Service | 6026 Lakeside Blvd P O Box 68911 | Indianapolis, IN 46268 | 213.83 |
| Valenite | PO Box 960574 | Cincinnati, OH 45296 | 385.10 |
| Vidya Data Systems | 1295 18th Ave | San Francisco, CA 94122 | 3,784.94 |
| Worldcom - San Francisco | PO Box 5033 | Hayward, CA 94540-5033 | 7,624.72 |
| **Uncashed checks from Stormedia Incorporated Case 98-58275-ASW:** | | | |
| Jovan Esprit | 26 Bosworth Street | San Francisco, CA 94112-1002 | 1,316.54 |
| Loc V. Nguyen | 1841 Cape Horn Drive | San Jose, CA 95133-1509 | 1,407.51 |
| Akberet A. Woldemichael | 4194 Hamilton Ave Apt 14 | San Jose, CA 95130-1561 | 1,326.77 |
| Darren D Okamoto | 315 N, 3rd St Apt 2 | Campbell, CA 95008-1273 | 1,407.51 |
| Larry L. Arnold | 12510 N. Lower Sac Road | Lodi, CA 95242 | 1,407.51 |
| Amel Banzon | P O Box 4601 | Santa Clara, CA 95056-4601 | 1,407.51 |
| Ettore Galliano | 2038 S 2nd Street #320 | San Jose, CA 95113 | 1,020.89 |
| Kevin R. Devlin | 2070 De La Cruz Blvd | Santa Clara, CA 95050-3038 | 1,407.51 |
| Jarrett L. Hamilton | 5440 Shooting Star Rd | Pollock Pines CA 95726-9432 | 1,407.51 |
| Chi-Liang Jiaa | 390 Reed St | Santa Clara, CA 95050-3108 | 1,407.51 |
| Phuc Van Le | 508 Capitol Village Ct | San Jose, CA 95135 | 1,407.51 |
| Benigno S. Loresco | 44 N. Jackson Ave Apt G26 | San Jose, CA 95116-2120 | 1,100.57 |
| Huong Lan Thi Nguyen | 1148 Edsel Dr Apt # | Milpitas, CA 95035-5641 | 1,407.51 |
| Victor R Vinas | 1538 Denali Way | San Jose, CA 95122 | 1,407.51 |
| | | | 96,313.84 |

CLOSED 3/17/04
101
NO. 458 P. 2/2
OCT. 18. 2004 2:52PM NBC SOURCING MC (818)848-4338
Case: 98-58275 Doc# 1072 Filed: 09/22/05 Entered: 09/28/05 10:37:55 Page 3 of 6

# LIMITED POWER OF ATTORNEY/ DECLARATION

I do hereby grant to The Finders Group, my true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act that I may legally do through an attorney-in-fact, for the following limited purpose and for no other:

To reclaim, recover and return unclaimed funds in the amount of $ **1,326.77** only.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this power of attorney is granted, on an exclusive basis.

This limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

**I, Abkeret Woldemichael, do hereby declare that I am a rightful creditor of bankruptcy case # 98-58275, STORMEDIA INCORPORATED. I was an employee of the debtor. At the time of filing my address was 4194 Hamilton Ave, # 14, in San Jose, CA. My current address is 2633 Fulton Ave, # 30, in Sacramento, CA.**

I declare under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATE  9-24-04                     SIGNED  _Abkeret Wmichael_

                                  NAME  Abkeret Woldemichael

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS 24th DAY OF September 2004,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

                                  _RNSharma_
                                  **NOTARY PUBLIC IN AND FOR**
( NOTARY SEAL)                    The State of California

                                  My commission expires on Jan, 16, 2007

RANJLYN L. SHARMA
Commission # 1394297
Notary Public - California
Sacramento County
My Comm. Expires Jan 16, 2007

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                              CASE NO(S).: 98-58275 ASW

STORMEDIA INCORPORATED

                                    **NOTICE OF SERVICE**

Debtor(s)

Notice is hereby given to the court that on __10/19/04__ the U.S. Attorney for the Northern District of California was advised, via first class mail, of the intent of _Akberet A. Woldemichael_ to apply for the release of unclaimed funds in the above referenced case.

                                    Respectfully submitted,

                                    _____
                                    David A. Melone
                                    The Finders Group
                                    P.O. Box 940447
                                    Simi Valley, CA  93094
                                    805-520-3431 (Locator)

