UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                    CASE NO(S).: 98-58275 ASW

STORMEDIA INCORPORATED

Debtor(s)                                 ORDER FOR PAYMENT OF
                                          UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 USC Section 2042, and in good cause appearing therefore, it is hereby ORDERED that the amount of $ 1,407.51, constituting an unclaimed dividend, be paid to Arnel N. Banzon. IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividend to the order of:

Arnel N. Banzon
c/o The Finders Group
P.O. Box 940447
Simi Valley, CA  93094

Dated:  9/22/05                           _____
                                          United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                              CASE NO(S): 98-58275 ASW

STORMEDIA INCORPORATED

Debtor(s),

**MOTION FOR RELEASE OF UNCLAIMED FUNDS**

There having been a dividend check in the amount of $ 1,407.51 issued in the above case to creditor ARNEL N. BANZON and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed dividend to the Clerk, U.S. Bankruptcy Court. These funds are currently being held in the Court's registry account of unclaimed funds.

The dividend check was not received by the creditor because the creditor moved and the check could not be forwarded.

Motion is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $ 1,407.51 to Arnel N. Banzon, c/o The Finders Group.

Dated: 5/31/05                      Respectfully submitted,

by _____
David A. Melone
The Finders Group
P.O. Box 940447
Simi Valley, CA 93094
(805) 520-3431
( Locator )



FILED
OCT 05 2004
United States...
San Jose...

## UNCLAIMED CHECKS

| Claimant | Address | City ST ZIP | Amount |
|---|---|---|---|
| **Uncashed checks from Akashic Memories Corporation Case 98-58278-ASW:** | | | |
| Amerigas | 295 E Virginia St | San Jose, CA 95112-3954 | 39.04 |
| Associated Fee Adj | 145 Town and Country Dr #107 | Danville, CA 94526 | 1,487.59 |
| AT & T - KC | PO Box 27-820 | Kansas City, MO 64184-0820 | 10.34 |
| BT Office Products Int'l | Dept 44758 P O Box 44000 | San Francisco, CA 94144-4758 | 428.40 |
| Court Thomas Co Inc | 5482 Arrow Hwy P O Box 2339 | Montclair, CA 91763 | 1,006.02 |
| Digital Equipment Corp | Duns No. 15-779-7572 Dept 63208 | Los Angeles, CA 90088 | 2,996.25 |
| Environmental Care Inc | 24121 Ventura Blvd | Calabassas, CA 91302 | 1,419.06 |
| Glenn Stewart | 7074 Via Ramada | San Jose, CA 95139 | 474.68 |
| Integral Solutions Inc | 2471 Autumnvale Dr Ste G | San Jose, CA 95131 | 952.58 |
| Nelcom | Dept 05035 P O Box 39000 | San Francisco, CA 94139-5035 | 598.67 |
| Nexstar Corp | PO Box 25352 | Santa Ana, CA 92799 | 48,392.54 |
| O'Brian Management Group | 5981 Countess Dr. | San Jose, CA 95129 | 8.14 |
| Pacific Pacific Int'l Inc | 2340 Bert Drive | Hollister, CA 95023 | 1,246.27 |
| Praxair Dist Inc | PO Box 5161 | San Ramon, CA 94583 | 302.48 |
| Pressure Vessel Service Inc | Dept #44313 P O Box 44000 | San Francisco, CA 94144-4313 | 4,988.02 |
| Proshred Security | Regional Processing Cntr P O Box 100458 | Pasadena, CA 91189-0458 | 458.98 |
| U S Sprint | PO Box 52243 | Phoenix, AZ 85072-2243 | 3.53 |
| Surface Scientific Labs Inc | 625 B Clyde Ave | Mountain View, CA 94043 | 299.34 |
| Unmanned Solutions Inc | 940 Auburn Ct | Fremont, CA 94538 | 352.45 |
| US Customs Service | 6026 Lakeside Blvd P O Box 68911 | Indianapolis, IN 46268 | 213.83 |
| Valenite | PO Box 960574 | Cincinnati, OH 45296 | 385.10 |
| Vidya Data Systems | 1295 18th Ave | San Francisco, CA 94122 | 3,784.94 |
| Worldcom - San Francisco | PO Box 5033 | Hayward, CA 94540-5033 | 7,624.72 |
| **Uncashed checks from Stormedia Incorporated Case 98-58275-ASW:** | | | |
| Jovan Esprit | 26 Bosworth Street | San Francisco, CA 94112-1002 | 1,316.54 |
| Loc V. Nguyen | 1841 Cape Horn Drive | San Jose, CA 95133-1509 | 1,407.51 |
| Akberet A. Woldemichael | 4194 Hamilton Ave Apt 14 | San Jose, CA 95130-1561 | 1,326.77 |
| Darren D Okamoto | 315 N. 3rd St Apt 2 | Campbell, CA 95008-1273 | 1,407.51 |
| Larry L. Arnold | 12510 N. Lower Sac Road | Lodi, CA 95242 | 1,407.51 |
| Arnel Banzon | P O Box 4601 | Santa Clara, CA 95056-4601 | 1,407.51 |
| Ettore Galliano | 2038 S 2nd Street #320 | San Jose, CA 95113 | 1,020.89 |
| Kevin R. Devlin | 2070 De La Cruz Blvd | Santa Clara, CA 95050-3038 | 1,407.51 |
| Jarrett L. Hamilton | 5440 Shooting Star Rd | Pollock Pines CA 9576-9432 | 1,407.51 |
| Chi-Liang Jiaa | 390 Reed St | Santa Clara, CA 95050-3108 | 1,407.51 |
| Phuc Van Le | 508 Capitol Village Ct | San Jose, CA 95135 | 1,407.51 |
| Benigno S. Loresco | 44 N. Jackson Ave Apt G26 | San Jose, CA 95116-2120 | 1,100.57 |
| Huong Lan Thi Nguyen | 1148 Edsel Dr Apt # | Milpitas, CA 95035-5641 | 1,407.51 |
| Victor R Vinas | 1538 Danall Way | San Jose, CA 95122 | 1,407.51 |
| | | | 96,313.84 |

#106 (next to Akashic row)
#1070 (next to Stormedia row)

CLOSED 3/17/04

101

OCT.18.2004 2:55PM   NBC SOURCING MC (818)840-4338   NO.458   P.2/2

Case: 98-58275   Doc# 1073   Filed: 09/22/05   Entered: 09/28/05 10:42:34   Page 3 of 7

# LIMITED POWER OF ATTORNEY/
# DECLARATION

I do hereby grant to The Finders Group, my true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act that I may legally do through an attorney-in-fact, for the following limited purpose and for no other:

To reclaim, recover and return unclaimed funds in the amount of $ **1,407.51** only.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this power of attorney is granted, on an exclusive basis.

This limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

**I, Arnel N. Banzon, do hereby declare that I am a rightful creditor of bankruptcy case # 98-58275, STORMEDIA INCORPORATED. I was an employee of the debtor. At the time of filing my mailing address was P.O. Box 4601 in Santa Clara, CA. My current address is 21297 Meteor Dr. in Cupertino, CA.**

**I declare under penalty of perjury under U.S. Law that the foregoing is true and correct.**

DATE  MAY 23RD, 2005          SIGNED  _____

                              NAME   Arnel N. Banzon

                              Last 4 digits of CA D/L   0272

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                    CASE NO(S).: 98-58275 ASW

STORMEDIA INCORPORATED

                                          **NOTICE OF SERVICE**

Debtor(s)

Notice is hereby given to the court that on ___6/1/05___ the U.S. Attorney for the Northern District of California was advised, via first class mail, of the intent of Arnel N. Banzon to apply for the release of unclaimed funds in the above referenced case.

                              Respectfully submitted,

                              _____
                              David A. Melone
                              The Finders Group
                              P.O. Box 940447
                              Simi Valley, CA  93094
                              805-520-3431 (Locator)

**CALIFORNIA**
DRIVER LICENSE
AS228272
CLASS: C

ARNEL NACIONAL BANZON
21297 METEOR DR
CUPERTINO CA 95014

SEX:M   HAIR:BLK   EYES:BRN
HT:5-11  WT:195

03/29/2004 632 35  FD/09



San Jose CA 95120

**Arminda Paat**
821 N Capitol Avenue 1 (cr)
San Jose CA 95133

**Arnel Banzon**
930 Clyde Avenue 4 (cr)
Santa Clara CA 95054

**Arnel N. Banzon**
PO Box 4185 (cr)
Santa Clara, CA 95056

**Arnel N. Branzon**
PO Box 4601 (cr)
Santa Clara, CA 95056

**Arow Components Fasteners**
31012 Huntwood Ave (cr)
Hayward CA 94544