**FILED**

MAY 2 0 2005



CLERK
United States Bankruptcy Court
San Jose, California

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>STORMEDIA, INC.<br><br><br>Debtor | ) <br> ) Case No. 98-58275 ASW <br> ) <br> ) Chapter 11 <br> ) <br> ) **ORDER TO PAY UNCLAIMED FUNDS** <br> ) |

It appearing that the check(s) made payable to <u>Chi Ling Jiaa</u> in the total amount of <u>$1,407.51</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>July 12, 2004</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>Chi Ling Jiaa</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$1,407.51</u> to the order of <u>Chi Ling Jiaa, 3024 Mauna Loa Court, San Jose, CA 95132.</u>

Dated 5/20/05

_____
UNITED STATES BANKRUPTCY JUDGE

August 30, 2004

Chi Liang Jiaa
3024 Mauna Loa Ct.
San Jose, CA 95132

To:
Financial Services Section
Office of the Clerk
United States Bankruptcy Court
Northern District of California
P.O. Box. 7341

RE: Unclaimed dividend (money) owing to Chi Liang Jiaa in the amount of $1407.51
Bankruptcy case number: 98-58275
Debtor's name: Stormedia Inc.

Dear Sir:

    I have located an unclaimed amount of money owing to me (Chi Liang Jiaa) in the above amount. The following information is provided per filing requirements.

1. Bankruptcy case number: 98-58275
   Debtor's name: Stormedia Inc.
   Claimer: Chi Linag Jiaa (Chi L. Jiaa)
   The amount of money due to me: $1407.51
   See Attachment 1.
2. The reason of Claim and the original proof of claim: I have worked with Stormedia Inc. from 1995 to 10/7/98 when Stormedia Inc. filed Chapter 11 bankruptcy. I have filed an unsecured priority claim of $8777.52 (165.52 hrs vacation * $53.03/ hr).
   See Attachment 2.
3. Positive identifications: Copy of current driver license and copy of social security card.
   See Attachment 3.
4. Prior address during filing and current residence and telephone number
   Priori address (Stormedia Inc.): 390 reed Street, Santa Clara, CA 95050-3118
   Current Residence: 3024 Mauna Loa Ct., San Jose, CA 95132
   Telephone number: 408-929-4272
   Proof of Addresses and employment at Stormedia Inc.
   See Attachment 4.
5. I have provided the "true and correct under penalty of perjury" information in this letter.
6. My request has been notarized
7. A cashier check in the amount of $26.00, made payable to "Clerk of the Court" is attached.

Sincerely,

*Chi L. Jiaa*

Chi Ling Jiaa

Enclosures

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA
COUNTY OF SANTA CLARA ss.

On this __31ST__ of __AUGUST__ 2004, before me, WILLIAM F. BRONNER Notary Public,

Personally appeared __CHI LIANG JIAA__

☐ personally known to me or ☒ proved to me on the basis of satisfactory evidence to be the person/s whose name /s is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity/ies, and that by his/her/their signature/s on the instrument the person /s or the entity upon behalf of which the person /s acted, executed the instrument.
WITNESS my hand and official seal.

Signature __William F. Bronner__

[SEAL: WILLIAM F. BRONNER, COMM. NO. 1378031, NOTARY PUBLIC - CALIFORNIA, SANTA CLARA COUNTY, COMM. EXPIRES NOV. 1, 2006]

WILLIAM F. BRONNER NOTARY
Notary Public in and for the State of California
Commission # 1378031 Expiration Nov 1, 2006

Document Name
RE: UNCLAIMED dividend /Number of Signers __1__
(money) owing to CHI LIANG JIAA In the Amount $1407.51 Bankruptcy Case Number: 98-58275

STORMEDIA INC
SUSAN UECKER, ESTATE REPRESENTATIVE
CASE 98-58275 ASW

UNCLAIMED CHECKS

| Claimant | Address | City ST ZIP | Amount |
|---|---|---|---|
| **Uncashed checks from Akashic Memories Corporation Case 98-58278-ASW:** | | | |
| Amerigas | 295 E Virginia St | San Jose, CA 95112-3954 | 39.04 |
| Associated Fee Adj | 145 Town and Country Dr #107 | Danville, CA 94526 | 1,487.59 |
| AT & T - KC | PO Box 27-820 | Kansas City, MO 64184-0820 | 10.34 |
| BT Office Products Int'l | Dept 44758 P O Box 44000 | San Francisco, CA 94144-4758 | 428.40 |
| Court Thomas Co Inc | 5482 Arrow Hwy P O Box 2339 | Montclair, CA 91763 | 1,006.02 |
| Digital Equipment Corp | Duns No. 15-779-7572 Dept 63208 | Los Angeles, CA 90088 | 2,996.25 |
| Environmental Care Inc | 24121 Ventura Blvd | Calabassas, CA 91302 | 1,419.06 |
| Glenn Stewart | 7074 Via Ramada | San Jose, CA 95139 | 474.68 |
| Integral Solutions Inc | 2471 Autumnvale Dr Ste G | San Jose, CA 95131 | 952.58 |
| Netcom | Dept 05035 P O Box 39000 | San Francisco, CA 94139-5035 | 598.67 |
| Nexstar Corp | PO Box 25352 | Santa Ana, CA 92799 | 48,392.54 |
| O'Brian Management Group | 5981 Countess Dr. | San Jose, CA 95129 | 8.14 |
| Pacific Pacific Int'l Inc | 2340 Bert Drive | Hollister, CA 95023 | 1,246.27 |
| Praxair Dist Inc | PO Box 5161 | San Ramon, CA 94583 | 302.48 |
| Pressure Vessel Service Inc | Dept #44313 P O Box 44000 | San Francisco, CA 94144-4313 | 4,988.02 |
| Proshred Security | Regional Processing Cntr P O Box 100458 | Pasadena, CA 91189-0458 | 458.98 |
| U S Sprint | PO Box 52243 | Phoenix, AZ 85072-2243 | 3.53 |
| Surface Scientific Labs Inc | 625 B Clyde Ave | Mountain View, CA 94043 | 299.34 |
| Unmanned Solutions Inc | 940 Auburn Ct | Fremont, CA 94538 | 352.45 |
| US Customs Service | 6026 Lakeside Blvd P O Box 68911 | Indianapolis, IN 46268 | 213.83 |
| Valenite | PO Box 960574 | Cincinnati, OH 45296 | 386.10 |
| Vidya Data Systems | 1295 18th Ave | San Francisco, CA 94122 | 3,784.94 |
| Worldcom - San Francisco | PO Box 5033 | Hayward, CA 94540-5033 | 7,624.72 |
| **Uncashed checks from Stormedia Incorporated Case 98-58275-ASW:** | | | |
| Jovan Esprit | 26 Bosworth Street | San Francisco, CA 94112-1002 | 1,316.54 |
| Loc V. Nguyen | 1841 Cape Horn Drive | San Jose, CA 95133-1509 | 1,407.51 |
| Akberet A. Woldemichael | 4194 Hamilton Ave Apt 14 | San Jose, CA 95130-1561 | 1,326.77 |
| Darren D Okamoto | 315 N. 3rd St Apt 2 | Campbell, CA 95008-1273 | 1,407.51 |
| Larry L. Arnold | 12510 N. Lower Sac Road | Lodi, CA 95242 | 1,407.51 |
| Arnel Banzon | P O Box 4601 | Santa Clara, CA 95056-4601 | 1,407.51 |
| Ettore Galliano | 2038 S 2nd Street #320 | San Jose, CA 95113 | 1,020.89 |
| Kevin R. Devlin | 2070 De La Cruz Blvd | Santa Clara, CA 95050-3038 | 1,407.51 |
| Jarrett L. Hamilton | 5440 Shooting Star Rd | Pollock Pines CA 9576-9432 | 1,407.51 |
| Chi-Liang Jiaa | 390 Reed St | Santa Clara, CA 95050-3108 | 1,407.51 |
| Phuc Van Le | 508 Capitol Village Ct | San Jose, CA 95135 | 1,407.51 |
| Benigno S. Loresco | 44 N. Jackson Ave Apt G26 | San Jose, CA 95116-2120 | 1,100.57 |
| Huong Lan Thi Nguyen | 1148 Edsel Dr Apt # | Milpitas, CA 95035-5641 | 1,407.51 |
| Victor R Vinas | 1538 Danali Way | San Jose, CA 95122 | 1,407.51 |
| | | | 96,313.84 |

STORMEDIA INC
SUSAN UECKER, ESTATE REPRESENTATIVE
CASE 98-58275 ASW

## UNCLAIMED CHECKS

| Claimant | Address | City ST ZIP | Amount |
|---|---|---|---|
| **Uncashed checks from Akashic Memories Corporation Case 98-58278-ASW:** | | | |
| Amerigas | 295 E Virginia St | San Jose, CA 95112-3954 | 39.04 |
| Associated Fee Adj | 145 Town and Country Dr #107 | Danville, CA 94526 | 1,487.59 |
| AT & T - KC | PO Box 27-820 | Kansas City, MO 64184-0820 | 10.34 |
| BT Office Products Int'l | Dept 44758 P O Box 44000 | San Francisco, CA 94144-4758 | 428.40 |
| Court Thomas Co Inc | 5482 Arrow Hwy P O Box 2339 | Montclair, CA 91763 | 1,006.02 |
| Digital Equipment Corp | Duns No. 15-779-7572 Dept 63208 | Los Angeles, CA 90088 | 2,996.25 |
| Environmental Care Inc | 24121 Ventura Blvd | Calabassas, CA 91302 | 1,419.06 |
| Glenn Stewart | 7074 Via Ramada | San Jose, CA 95139 | 474.68 |
| Integral Solutions Inc | 2471 Autumnvale Dr Ste G | San Jose, CA 95131 | 952.58 |
| Netcom | Dept 05035 P O Box 39000 | San Francisco, CA 94139-5035 | 598.67 |
| Nexstar Corp | PO Box 25352 | Santa Ana, CA 92799 | 48,392.54 |
| O'Brian Management Group | 5981 Countess Dr. | San Jose, CA 95129 | 8.14 |
| Pacific Pacific Int'l Inc | 2340 Bert Drive | Hollister, CA 95023 | 1,246.27 |
| Praxair Dist Inc | PO Box 5161 | San Ramon, CA 94583 | 302.48 |
| Pressure Vessel Service Inc | Dept #44313 P O Box 44000 | San Francisco, CA 94144-4313 | 4,988.02 |
| Proshred Security | Regional Processing Cntr P O Box 100458 | Pasadena, CA 91189-0458 | 458.98 |
| U S Sprint | PO Box 52243 | Phoenix, AZ 85072-2243 | 3.53 |
| Surface Scientific Labs Inc | 625 B Clyde Ave | Mountain View, CA 94043 | 299.34 |
| Unmanned Solutions Inc | 940 Auburn Ct | Fremont, CA 94538 | 352.45 |
| US Customs Service | 6026 Lakeside Blvd P O Box 68911 | Indianapolis, IN 46268 | 213.83 |
| Valenite | PO Box 960574 | Cincinnati, OH 45296 | 386.10 |
| Vidya Data Systems | 1295 18th Ave | San Francisco, CA 94122 | 3,784.94 |
| Worldcom - San Francisco | PO Box 5033 | Hayward, CA 94540-5033 | 7,624.72 |
| **Uncashed checks from Stormedia Incorporated Case 98-58275-ASW:** | | | |
| Jovan Esprit | 26 Bosworth Street | San Francisco, CA 94112-1002 | 1,316.54 |
| Loc V. Nguyen | 1841 Cape Horn Drive | San Jose, CA 95133-1509 | 1,407.51 |
| Akberet A. Woldemichael | 4194 Hamilton Ave Apt 14 | San Jose, CA 95130-1561 | 1,326.77 |
| Darren D Okamoto | 315 N. 3rd St Apt 2 | Campbell, CA 95008-1273 | 1,407.51 |
| Larry L. Arnold | 12510 N. Lower Sac Road | Lodi, CA 95242 | 1,407.51 |
| Arnel Banzon | P O Box 4601 | Santa Clara, CA 95056-4601 | 1,407.51 |
| Ettore Galliano | 2038 S 2nd Street #320 | San Jose, CA 95113 | 1,020.89 |
| Kevin R. Devlin | 2070 De La Cruz Blvd | Santa Clara, CA 95050-3038 | 1,407.51 |
| Jarrett L. Hamilton | 5440 Shooting Star Rd | Pollock Pines CA 9576-9432 | 1,407.51 |
| Chi-Liang Jiaa | 390 Reed St | Santa Clara, CA 95050-3108 | 1,407.51 |
| Phuc Van Le | 508 Capitol Village Ct | San Jose, CA 95135 | 1,407.51 |
| Benigno S. Loresco | 44 N. Jackson Ave Apt G26 | San Jose, CA 95116-2120 | 1,100.57 |
| Huong Lan Thi Nguyen | 1148 Edsel Dr Apt # | Milpitas, CA 95035-5641 | 1,407.51 |
| Victor R Vinas | 1538 Danali Way | San Jose, CA 95122 | 1,407.51 |
| | | | 96,313.84 |