Entered on Docket
May 25, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN 0 1 2005
CLERK
United States Bankruptcy Court
San Jose, California

**FILED**
JUN 0 1 2005
CLERK
United States Bankruptcy Court
San Jose, California

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>STORMEDIA, INC.<br><br><br>Debtor | ) <br>) Case No. 98-58275 ASW <br>) <br>) Chapter 11 <br>) <br>) **ORDER TO PAY UNCLAIMED FUNDS** <br>) |

It appearing that the check(s) made payable to <u>Darren D. Okamoto</u> in the total amount of <u>$1,407.51</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>July 12, 2004</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>Darren D. Okamoto</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$1,407.51</u> to the order of <u>Darren D. Okamoto, 481 Debord Drive, Tracy, CA 95376.</u>

Dated 6\1\05

_____
UNITED STATES BANKRUPTCY JUDGE

TO: UNITED STATES BANKRUPTCY COURT

BANKRUPTCY CASE NO. 98-58275-ASW

DEBTOR'S
STOR MEDIA INCORPORATED

THE AMOUNT THAT IS OWED TO ME IS $1,407.51
THE REASON I AM NOW CLAIMING THE MONEY
THAT IS OWED TO ME IS I WAS A
EMPLOYEE OF STOR MEDIA INCORPORATED
AT THE TIME THEY FILED BANKRUPTCY.
I NEVER RECEIVED A CHECK FOR $1,407.51
DUE TO MOVING FROM 315 THIRD ST. #2
CAMPBELL, CA. 95008 TO MY CURRENT
ADDRESS 481 DE BORD DR, TRACY, CA. 95376
(209) 830-6216
THE INFORMATION THAT I STATED IS
TRUE AND CORRECT UNDER PENALTY OF
PERJURY.

_D. Okamoto_

**Darren D. Okamoto**

State of California
County of Santa Clara

On **September 9, 2004** before me, **Bahram Bob Amiri**, notary public personally appeared **Darren D. Okamoto** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that **he** executed the same in **his** authorized capacity. And that by **his** signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
**WITNESS** my hand and official seal.



**Bahram Bob Amiri, Notary Public**

STORMEDIA INC
SUSAN UECKER, ESTATE REPRESENTATIVE
CASE 98-58275 ASW

## UNCLAIMED CHECKS

| Claimant | Address | City ST ZIP | Amount |
|---|---|---|---|
| **Uncashed checks from Akashic Memories Corporation Case 98-58278-ASW:** | | | |
| Amerigas | 295 E Virginia St | San Jose, CA 95112-3954 | 39.04 |
| Associated Fee Adj | 145 Town and Country Dr #107 | Danville, CA 94526 | 1,487.59 |
| AT & T - KC | PO Box 27-820 | Kansas City, MO 64184-0820 | 10.34 |
| BT Office Products Int'l | Dept 44758 P O Box 44000 | San Francisco, CA 94144-4758 | 428.40 |
| Court Thomas Co Inc | 5482 Arrow Hwy P O Box 2339 | Montclair, CA 91763 | 1,006.02 |
| Digital Equipment Corp | Duns No. 15-779-7572 Dept 63208 | Los Angeles, CA 90088 | 2,996.25 |
| Environmental Care Inc | 24121 Ventura Blvd | Calabassas, CA 91302 | 1,419.06 |
| Glenn Stewart | 7074 Via Ramada | San Jose, CA 95139 | 474.68 |
| Integral Solutions Inc | 2471 Autumnvale Dr Ste G | San Jose, CA 95131 | 952.58 |
| Netcom | Dept 05035 P O Box 39000 | San Francisco, CA 94139-5035 | 598.67 |
| Nexstar Corp | PO Box 25352 | Santa Ana, CA 92799 | 48,392.54 |
| O'Brian Management Group | 5981 Countess Dr. | San Jose, CA 95129 | 8.14 |
| Pacific Pacific Int'l Inc | 2340 Bert Drive | Hollister, CA 95023 | 1,246.27 |
| Praxair Dist Inc | PO Box 5161 | San Ramon, CA 94583 | 302.48 |
| Pressure Vessel Service Inc | Dept #44313 P O Box 44000 | San Francisco, CA 94144-4313 | 4,988.02 |
| Proshred Security | Regional Processing Cntr P O Box 100458 | Pasadena, CA 91189-0458 | 458.98 |
| U S Sprint | PO Box 52243 | Phoenix, AZ 85072-2243 | 3.53 |
| Surface Scientific Labs Inc | 625 B Clyde Ave | Mountain View, CA 94043 | 299.34 |
| Unmanned Solutions Inc | 940 Auburn Ct | Fremont, CA 94538 | 352.45 |
| US Customs Service | 6026 Lakeside Blvd P O Box 68911 | Indianapolis, IN 46268 | 213.83 |
| Valenite | PO Box 960574 | Cincinnati, OH 45296 | 386.10 |
| Vidya Data Systems | 1295 18th Ave | San Francisco, CA 94122 | 3,784.94 |
| Worldcom - San Francisco | PO Box 5033 | Hayward, CA 94540-5033 | 7,624.72 |
| **Uncashed checks from Stormedia Incorporated Case 98-58275-ASW:** | | | |
| Jovan Esprit | 26 Bosworth Street | San Francisco, CA 94112-1002 | 1,316.54 |
| Loc V. Nguyen | 1841 Cape Horn Drive | San Jose, CA 95133-1509 | 1,407.51 |
| Akberet A. Woldemichael | 4194 Hamilton Ave Apt 14 | San Jose, CA 95130-1561 | 1,326.77 |
| Darren D Okamoto | 315 N. 3rd St Apt 2 | Campbell, CA 95008-1273 | 1,407.51 |
| Larry L. Arnold | 12510 N. Lower Sac Road | Lodi, CA 95242 | 1,407.51 |
| Arnel Banzon | P O Box 4601 | Santa Clara, CA 95056-4601 | 1,407.51 |
| Ettore Galliano | 2038 S 2nd Street #320 | San Jose, CA 95113 | 1,020.89 |
| Kevin R. Devlin | 2070 De La Cruz Blvd | Santa Clara, CA 95050-3038 | 1,407.51 |
| Jarrett L. Hamilton | 5440 Shooting Star Rd | Pollock Pines CA 9576-9432 | 1,407.51 |
| Chi-Liang Jiaa | 390 Reed St | Santa Clara, CA 95050-3108 | 1,407.51 |
| Phuc Van Le | 508 Capitol Village Ct | San Jose, CA 95135 | 1,407.51 |
| Benigno S. Loresco | 44 N. Jackson Ave Apt G26 | San Jose, CA 95116-2120 | 1,100.57 |
| Huong Lan Thi Nguyen | 1148 Edsel Dr Apt # | Milpitas, CA 95035-5641 | 1,407.51 |
| Victor R Vinas | 1538 Danali Way | San Jose, CA 95122 | 1,407.51 |
| | | | 96,313.84 |